UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EMILIO LOMBARDO IPPOLITO, et al.,

    Plaintiffs,

v.                                                    CASE NO.: 8:14-cv-1675-T-23MAP

W. DOUGLAS BAIRD, et al.,

    Defendants.
_____/

## ORDER

The Ippolitos move under 28 U.S.C. § 1915 to proceed *in forma pauperis*. United States Magistrate Judge Mark A. Pizzo recommends (Doc. 7) both denying the motions to proceed *in forma pauperis* and dismissing the complaint. The Ippilito's objections (Doc. 9) to the report and recommendation are **OVERRULED**, and the report and recommendation (Doc. 7) is **ADOPTED**. For the reasons stated by Judge Pizzo, the motions to proceed *in forma pauperis* (Doc. 2 and 3) are **DENIED**, and the action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 24, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE